**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 4:22-cr-37-AW-MAL**
**4:24-cv-115-AW-MAL**

**TERRY LEON BUTLER,**

**Defendant.**

_______________________________/

**ORDER DENYING § 2255 MOTION**

Defendant moved for § 2255 relief. ECF No. 52. After appointing counsel and conducting an evidentiary hearing, the magistrate judge issued a thorough report and recommendation concluding the court should deny relief. ECF No. 76. Defendant has filed objections (ECF No. 81), and I have considered de novo the issues he raised.

After careful consideration, I now adopt the report and recommendation and incorporate it into this order. The objections are overruled. The clerk will enter a judgment that says, "The § 2255 motion is denied on the merits." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on September 30, 2026.

s/ *Allen Winsor*
Chief United States District Judge